UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS RUBEN ELLINGTON, | No. C-13-0863 EMC (pr) |
| Petitioner, | |
| v. | **ORDER OF TRANSFER** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILIATION, | |
| Respondent. | |

Petitioner, an inmate at the California State Prison in Lancaster, has filed a petition for writ of habeas corpus to challenge the execution of his sentence, *i.e.*, a prison administrative decision. Although the disciplinary decision occurred while he was housed at Kern Valley State Prison, he has since been transferred to a new prison. The prison at which Petitioner is now incarcerated is in Los Angeles County, within the venue of the Central District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because Petitioner is confined in the Central District of California and challenging the execution of his

///
///
///
///
///
///

sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is **TRANSFERRED** to the United States District Court for the Central District of California. The Clerk shall transfer this matter forthwith.

    IT IS SO ORDERED.

Dated: March 28, 2013

EDWARD M. CHEN
United States District Judge

2