ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ᔕᑭ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ᔕᑭ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARCUS RUBEN ELLINGTON,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION,<br><br>Respondent. | Case No.  CV13-02413 ABC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT the pending Petition is dismissed with prejudice for the reasons set forth in the related Dismissal Order.

Dated: June 25, 2013

*Audrey B. Collins*

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE